No. 81–1769.  FEDERATED PUBLICATIONS, INC. *v.* SWEDBERG.  Sup. Ct. Wash.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 81–5379.  SIRECI *v.* FLORIDA.  Sup. Ct. Fla.;
No. 81–5562.  GILREATH *v.* GEORGIA.  Sup. Ct. Ga.;
No. 81–5784.  COMBS *v.* FLORIDA.  Sup. Ct. Fla.;
No. 81–5848.  GILBERT ET AL. *v.* SOUTH CAROLINA. Sup. Ct. S. C.;
No. 81–5944.  MESSER *v.* FLORIDA.  Sup. Ct. Fla.;
No. 81–6338.  FAIR *v.* ZANT, WARDEN, GEORGIA DI- AGNOSTIC AND CLASSIFICATION CENTER.  Super. Ct. Ga., Butts County;
No. 81–6385.  ORTIZ *v.* ARIZONA.  Sup. Ct. Ariz.;
No. 81–6435.  MOORE *v.* NEBRASKA.  Sup. Ct. Neb.; and
No. 81–6437.  SMITH *v.* FLORIDA.  Sup. Ct. Fla.  Certio- rari denied.  Reported below: No. 81–5379, 399 So. 2d 964; No. 81–5562, 247 Ga. 814, 279 S. E. 2d 650; No. 81–5784, 403 So. 2d 418; No. 81–5848, 277 S. C. 53, 283 S. E. 2d 179; No. 81–5944, 403 So. 2d 341; No. 81–6385, 131 Ariz. 195, 639 P. 2d 1020; No. 81–6435, 210 Neb. 457, 316 N. W. 2d 33; No. 81–6437, 407 So. 2d 894.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all cir- cumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and va- cate the death sentences in these cases.

No. 81–824.  JACKS *v.* DUCKWORTH, WARDEN, 454 U. S. 1147; and
No. 81–5418.  PAPP *v.* JAGO, 454 U. S. 1035.  Motions for leave to file petitions for rehearing denied.